## In the Matter of Bruce G. JONES.

### No. 982S361.

Supreme Court of Indiana.

April 6, 1988.

### ORDER OF REINSTATEMENT

SHEPARD, Chief Justice.

Comes now the Indiana Supreme Court Disciplinary Commission, and files its Recommendation upon the Petition for Reinstatement of Bruce G. Jones, and recommends that he be reinstated to the practice of law, conditioned upon his payment of all outstanding costs.

And this Court, being duly advised, now finds that the Commission's recommendation should be approved and the Petitioner should be reinstated.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Petitioner, Bruce G. Jones, is hereby reinstated as an attorney of the Bar of this Court, conditioned upon his payment of all outstanding costs.

The Clerk of this Court is directed to forward a copy of this Order to the Indiana Supreme Court Disciplinary Commission, to the Petitioner, to the State Board of Law Examiners, and to all parties who were previously notified of Petitioner's suspension.

All Justices concur.

## In the Matter of David W. WILHELMUS.

### No. 49S00–8709–DI–836.

Supreme Court of Indiana.

April 6, 1988.

### ORDER OF SUSPENSION PENDING FINAL DETERMINATION

Comes now the Hearing Officer in this matter and; pursuant to a Joint Agreement on Suspension filed by the parties, recommends that the Respondent, David W. Wilhelmus, be suspended from the practice of law until final determination of this cause.

And this Court, being duly advised, finds that said recommendation should be accepted and approved and the Respondent should be so suspended.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Respondent, David W. Wilhelmus, is hereby suspended from the practice of law in this State pending a final determination by this Court in this case.

The Clerk of this Court is directed to forward notice of this Order in accordance with the provisions of Admission and Discipline Rule 23, Section 3(d).

All Justices concur.